**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America,**

v.                                                          **Case No. 2:26-cr-02**

                                                            **Judge Michael H. Watson**

**Edgar Cain Ramirez-Castro,**

## ORDER

There being no objections, and upon review of the Indictment, Plea

Agreement, and Report and Recommendation of the Magistrate Judge ("R&R")

the Court hereby adopts the R&R, ECF No. 29.  The Court accepts Defendant's

plea of guilty to Count 1 of the Indictment, and he is hereby adjudged guilty on

that count.  The Court will defer the decision of whether to accept the plea

agreement until the sentencing hearing.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**